■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK A. CIAVARELLI.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of WILLIAM J. QUINN, an Incompetent Person. STEWART W. CHAFFEE, Appellant; ROBERT E. PARKER et al., Respondents.— Motion by petitioners-respondents to dismiss appeal granted, with $10 costs, insofar as to dismiss the appeal taken by the appellant, as cocommittee of the property of the incompetent, and to dismiss so much of the appeal taken by the appellant, individually, as seeks to review the provision of the order appealed from directing the appellant to account, and the motion to dismiss the appeal taken by the appellant, individually, from the remaining provisions of the order appealed from is granted unless the appellant perfects his appeal for argument or submission during the January 1960 Term of this court as directed by the order entered on motion No. 181, decided simultaneously herewith. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of WILLIAM J. QUINN, an Incompetent Person. STEWART W. CHAFFEE, Appellant; ROBERT E. PARKER et al., Respondents.— Motion by respondents, Thornton C. Land, individually, and as cocommittee, etc., et al., to dismiss appeal granted, with $10 costs, insofar as to dismiss the appeal taken by the appellant, as cocommittee of the property of the incompetent, and to dismiss so much of the appeal taken by the appellant, individually, as seeks to review the provision of the order appealed from directing the appellant to account, and the motion to dismiss the appeal taken by the appellant, individually, from the remaining provisions of the order appealed from is granted unless the appellant perfects his appeal for argument or submission during the January 1960 Term of this court as directed by the order entered on motion No. 181, decided simultaneously herewith. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of WILLIAM J. QUINN, an Incompetent Person. STEWART W. CHAFFEE, Appellant; ROBERT E. PARKER et al., Respondents.— Motion [No. 181] granted to the extent of dispensing with the printing of the record on appeal and permitting the appeal to be heard upon the original record but upon printed appellant's points, on condition that the appellant serves upon the attorney for the petitioners-respondents, the attorneys for respondent, Thornton C. Land, and upon the respondent, Special Guardian, one copy of the transcript of the minutes of the hearing before the Referee, and files six copies thereof with this court at the time of the filing of the original record on appeal, and on the further condition that the appellant procures the original record, the transcripts of the minutes of the hearing before the Referee and the appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.